IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| JILL DEVOLL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT WILKIE, Secretary of Veteran Affairs,<br><br>　　　　　　　Defendant. | Civil No. 3:19-cv-00050-RGE-CFB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs and fees. The claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties.

　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Marc Krickbaum
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

| | |
|---|---|
| /s/ Thomas D. Wolle | /s/ Kristin E. Olson |
| Thomas D. Wolle | Kristin E. Olson |
| SIMMONS PERRINE MOYER BERGMAN PLC | Assistant United States Attorney |
| 115 Third Street SE, Suite 1200 | U.S. Courthouse Annex, Suite 286 |
| Cedar Rapids, IA 52401 | 110 E. Court Avenue |
| Telephone: (319) 366-7641 | Des Moines, Iowa 50309 |
| Facsimile: (319) 366-1917 | Telephone: (515) 473-9315 |
| Email: twolle@simmonsperrine.com | Facsimile: (515) 473-9282 |
| *Attorney for Plaintiff* | Email: kristin.olson@usdoj.gov |
|  | *Attorney for Defendant* |